Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
Email: erosenfeld@wkclegal.com
Lauren E. Schmidt (CA Bar No. 321435)
Email: lschmidt@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 305
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, et al.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARCH ON PRODUCTIONS, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:19-cv-05885-CAS-JCx<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED]**<br><br>**DEFAULT JUDGMENT**<br><br>[Fed.R.Civ.P. 55(b); L.R. 55-1]<br><br>DATE:  October 21, 2019<br>TIME:   10:00 A.M.<br>CTRM:  8D, 8th Floor |

The above-entitled matter came before the Honorable Christina A. Snyder, United States District Judge, presiding in Courtroom 8D of the above-entitled Court, on October 21, 2019 at 10:00 a.m. pursuant to the Motion of Plaintiffs, the Board of Directors of the Motion Picture Industry Pension Plan, the Board of Directors of the Motion Picture Industry Individual Account Plan, and the Board of Directors of the Motion Picture Industry Health Plan (hereinafter, "Plans" or "Plaintiffs") for Entry of Default Judgment against Defendant March On Productions, Inc. ("March On" or "Defendant").

1  It appearing that Defendant, having been regularly served with process and
2  having failed to plead or otherwise defend this action, and default having been
3  entered, and the Court having considered Plaintiffs' Motion for Entry of Default
4  Judgment, supporting Declarations and all other papers filed in this matter, and
5  good cause appearing therefor,

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment
7  shall be entered in favor of Plaintiffs, the Boards of Directors of the Motion
8  Picture Industry Pension Plan, the Motion Picture Industry Individual Account
9  Plan, and the Motion Picture Industry Health Plan and against Defendant March
10 On Productions, Inc., a California corporation, and that Defendant March On shall
11 be required to pay the following amounts:

| | |
|---|---|
| Unpaid Contributions (Audit Period) | $6,735.49 |
| Interest (calculated through 1/8/19) | $252.86 |
| Liquidated Damages (20% of unpaid contributions) | $1,347.10 |
| Attorneys' Fees | $3,500.00 |
| Litigation Costs | $667.00 |
| Audit Costs | $431.25 |
| **TOTAL** | **$12,933.70** |

IT IS SO ORDERED.

DATED: October 29, 2019

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE